**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Alberto QUIRINO–RODRIGUEZ,
Defendant–Appellant.**

**No. 06–10567
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 6, 2006.

Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX.

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Alberto Quirino–Rodriguez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.